UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MALIBU MEDIA, LLC, | ) |
| Plaintiff, | ) Civil Case No. 1:12-cv-01380-EGS-JMF |
| v. | ) |
| JOHN DOES 1-7, | ) |
| Defendants. | ) |

NOTICE OF VOLUNTARY DISMISSAL
WITH PREJUDICE OF JOHN DOE 6

**PLEASE TAKE NOTICE,** Plaintiff hereby voluntarily dismisses John Doe 6 ("Defendant") from this action with prejudice. Defendant was assigned IP 108.45.98.68. For the avoidance of doubt, Plaintiff is not voluntarily dismissing any other Defendant.

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendant has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Dated: November 10, 2012

Respectfully Submitted,

By: /s/ *Jon A. Hoppe*
Jon A. Hoppe, Esquire #438866
*Counsel for Plaintiff*
Maddox, Hoppe, Hoofnagle &
Hafey, L.L.C.
1401 Mercantile Lane #105
Largo, Maryland 20774
(301) 341-2580

CERTIFICATE OF SERVICE

I hereby certify that on November 10, 2012, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

By: /s/ *Jon A. Hoppe*